BANKS *v.* CALIFORNIA.

No. 889, Misc.   Decided May 15, 1967.

Petitioner *pro se.*

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Charles W. Rumph,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court of Appeal of California, First Appellate District, for further consideration in light of *Chapman* v. *California,* 386 U. S. 18.